**Hughes**
**Hubbard**
**& Reed**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Sarah Cave
Partner
Direct Dial: +1 (212) 837-6559
Direct Fax: +1 (212) 299-6559
sarah.cave@hugheshubbard.com

March 4, 2019

VIA ECF & HAND DELIVERY

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    In re Customs and Tax Administration of the Kingdom of Denmark (SKAT)
Tax Refund Scheme Litigation, 18-md-2865 (LAK)

Dear Judge Kaplan:

We write on behalf of Plaintiff Skatteforvaltningen, the Customs and Tax
Administration of the Kingdom of Denmark ("SKAT"), to notify the Court of related actions
recently filed in this District and to provide the Court with courtesy copies of the complaints in
those actions. In addition, we also write to request the Court's assistance to dismiss as
duplicative one case that was mistakenly filed twice, as discussed below.

On February 26, 27, and 28, 2019, SKAT filed 43 actions related to this multi-
district litigation. In each of these related actions, SKAT also filed a Related Case Statement
indicating that case's relationship to this multi-district litigation. For the Court's convenience,
SKAT has appended to this letter a Schedule of Actions identifying the 43 related actions, and
has attached as Exhibit A the complaints with respect to those actions.

SKAT also respectfully requests the Court's assistance in dismissing one action
that SKAT filed by mistake twice. On February 26, 2019, SKAT inadvertently filed the case
captioned *Skatteforvaltningen v. Albedo Management LLC Roth 401(K) Plan, et al.*, once with
the case number 19-cv-01785 and once with the case number 19-cv-01795. (A copy of the
duplicative filings are attached hereto as Exhibit B.) On learning of the duplicative filing, SKAT
notified the Clerk of Court, who directed SKAT to request that the Court dismiss the action.

93468243_1

Accordingly, SKAT respectfully requests that the duplicative action, case number 19-cv-01795, be dismissed, and that the Court order the return of the filing fee for that case to SKAT's counsel, Hughes Hubbard & Reed LLP.

Respectfully submitted,

Sarah L. Cave

Enclosures

cc:    Counsel of Record (via email, with attachments)

       Raubritter LLC Pension Plan (via First Class Mail, with attachments)

93468243_1

## SCHEDULE OF ACTIONS

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 1. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Ballast Ventures LLC Roth 401(K) Plan, Joseph herman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01781 | February 26, 2019 |
| 2. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Bareroot Capiral Investments LLC Roth 401(K) Plan, David Zelman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01783 | February 26, 2019 |
| 3. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Albedo Management LLC Roth 401(K) Plan, Joseph Herman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01785 | February 26, 2019 |
| 4. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Dicot Technologies LLC Roth 401(K) Plan, David Zelman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01788 | February 26, 2019 |
| 5. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01791 | February 26, 2019 |
| 6. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> First Ascent Worldwide LLC Roth 401(K) Plan, Perry Lerner & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01792 | February 26, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 7. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Battu Holdings LLC Roth 401K Plan, David Zelman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01794 | February 26, 2019 |
| 8. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Cantata Industries LLC Roth 401(K) Plan, David Zelman & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01798 | February 26, 2019 |
| 9. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Crucible Ventures LLC Roth 401(K) Plan, Ronald Altbach & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01800 | February 26, 2019 |
| 10. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Monomer Industries LLC Roth 401(K) Plan, Robin Jones & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01801 | February 26, 2019 |
| 11. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Limelight Global Productions LLC Roth 401(K) Plan, Ronald Altbach & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01803 | February 26, 2019 |
| 12. | Skatteforvaltningen, <br> Plaintiff, <br><br> vs. <br><br> Loggerhead Services LLC Roth 401(K) Plan, Perry Lerner & Michael Ben-Jacob, <br> Defendants. | 1:19-cv-01806 | February 26, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 13. | Skatteforvaltningen, Plaintiff, vs. PAB Facilities Global LLC Roth 401(K) Plan, Perry Lerner & Michael Ben-Jacob, Defendants. | 1:19-cv-01808 | February 26, 2019 |
| 14. | Skatteforvaltningen, Plaintiff, vs. Plumrose Industries LLC Roth 401K Plan, Ronald Altbach & Michael Ben-Jacob, Defendants. | 1:19-cv-01809 | February 26, 2019 |
| 15. | Skatteforvaltningen, Plaintiff, vs. Pinax Holdings LLC Roth 401(K) Plan, Robin Jones & Michael Ben-Jacob, Defendants. | 1:19-cv-01810 | February 26, 2019 |
| 16. | Skatteforvaltningen, Plaintiff, vs. Roadcraft Technologies LLC Roth 401(K) Plan, Ronald Altbach & Michael Ben-Jacob, Defendants. | 1:19-cv-01812 | February 26, 2019 |
| 17. | Skatteforvaltningen, Plaintiff, vs. Sternway Logistics LLC Roth 401(K) Plan, Robin Jones & Michael Ben-Jacob, Defendants. | 1:19-cv-01813 | February 26, 2019 |
| 18. | Skatteforvaltningen, Plaintiff, vs. Trailing Edge Productions LLC Roth 401(K) Plan, Perry Lerner & Michael Ben-Jacob | 1:19-cv-01815 | February 26, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 19. | Skatteforvaltningen, Plaintiff, vs. True Wind Investments LLC Roth 401(K) Plan, Ronald Altbach & Michael Ben-Jacob, Defendants. | 1:19-cv-01818 | February 26, 2019 |
| 20. | Skatteforvaltningen, Plaintiff, vs. Bernina Pension Plan & John van Merkensteijn, Defendants. | 1:19-cv-01865 | February 27, 2019 |
| 21. | Skatteforvaltningen, Plaintiff, vs. Basalt Ventures LLC Roth 401(K) Plan & John van Merkensteijn, Defendants. | 1:19-cv-01866 | February 27, 2019 |
| 22. | Skatteforvaltningen, Plaintiff, vs. Avanix Management LLC Roth 401K Plan & Richard Markowitz, Defendants. | 1:19-cv-01867 | February 27, 2019 |
| 23. | Skatteforvaltningen, Plaintiff, vs. Hadron Industries LLC Roth 401(K) Plan & Richard Markowitz, Defendants. | 1:19-cv-01868 | February 27, 2019 |
| 24. | Skatteforvaltningen, Plaintiff, vs. Cavus Systems LLC Roth 401(K) Plan, Richard Markowitz & Michael Ben-Jacob, Defendants. | 1:19-cv-01869 | February 27, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 25. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Eclouge Industry LLC Roth 401(K) Plan, Perry Lerner & Michael Ben-Jacob,<br>Defendants. | 1:19-cv-01870 | February 27, 2019 |
| 26. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Starfish Capital Management LLC Roth 401(K) Plan & John van Merkensteijn,<br>Defendants. | 1:19-cv-01871 | February 28, 2019 |
| 27. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Voojoo Productions LLC Roth 401(K) Plan & John van Merkenstijn,<br>Defendants. | 1:19-cv-01873 | February 27, 2019 |
| 28. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Azalea Pension Plan & Elizabeth van Merkensteijn,<br>Defendants. | 1:19-cv-01893 | February 28, 2019 |
| 29. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Omineca Pension Plan, John van Merkensteijn & Michael Ben-Jacob,<br>Defendants. | 1:19-cv-01894 | February 28, 2019 |
| 30. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br><br>Batavia Capital Pension Plan & Richard Markowitz,<br>Defendants. | 1:19-cv-01895 | February 28, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 31. | Skatteforvaltningen, Plaintiff, vs. Routt Capital Pension Plan & Richard Markowitz, Defendants. | 1:19-cv-01896 | February 28, 2019 |
| 32. | Skatteforvaltningen, Plaintiff, vs. RJM Capital Pension Plan & Richard Markowitz, Defendants. | 1:19-cv-01898 | February 28, 2019 |
| 33. | Skatteforvaltningen, Plaintiff, vs. Calypso Investments Pension Plan & Jocelyn Markowitz, Defendants. | 1:19-cv-01904 | February 28, 2019 |
| 34. | Skatteforvaltningen, Plaintiff, vs. Michelle Investments Pension Plan, John van Merkensteijn & Richard Markowitz, Defendants. | 1:19-cv-01906 | February 28, 2019 |
| 35. | Skatteforvaltningen, Plaintiff, vs. Remece Investments LLC Pension Plan, John van Merkensteijn & Richard Markowitz, Defendants. | 1:19-cv-01911 | February 28, 2019 |
| 36. | Skatteforvaltningen, Plaintiff, vs. Vanderlee Technologies Pension Plan, David Zelman & Michael Ben-Jacob, Defendants. | 1:19-cv-01918 | February 28, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|---|---|---|---|
| 37. | Skatteforvaltningen, Plaintiff, vs. Cedar Hill Capital Investments LLC Roth 401(K) Plan, Edwin Miller & Michael Ben-Jacob, Defendants. | 1:19-cv-01922 | February 28, 2019 |
| 38. | Skatteforvaltningen, Plaintiff, vs. Xiphias LLC Pension Plan, John van Merkensteijn & Richard Markowitz, Defendants. | 1:19-cv-01924 | February 28, 2019 |
| 39. | Skatteforvaltningen, Plaintiff, vs. Green Scale Management LLC Roth 401(K) Plan, Edwin Miller & Michael Ben-Jacob, Defendants. | 1:19-cv-01926 | February 28, 2019 |
| 40. | Skatteforvatlningen v. Fulcrum Productions LLC Roth 401(K) Plan, Edwin Miller & Michael Ben-Jacob, Defendants. | 1:19-cv-01928 | February 28, 2019 |
| 41. | Skatteforvaltningen, Plaintiff, vs. Keystone Technologies LLC Roth 401(K) Plan, Edwin Miller & Michael Ben-Jacob, Defendants. | 1:19-cv-01929 | February 28, 2019 |
| 42. | Skatteforvaltningen, Plaintiff, vs. Tarvos Pension Plan & John van Merkensteijn, Defendants. | 1:19-cv-01930 | February 28, 2019 |

| No. | Case Caption | S.D.N.Y. Case No. | Date Filed |
|-----|-------------|-------------------|------------|
| 43. | Skatteforvaltningen,<br>Plaintiff,<br><br>vs.<br>Tumba Systems LLC Roth 401(K) Plan, Edwin Miller & Michael Ben-Jacob,<br>Defendants. | 1:19-cv-01931 | February 28, 2019 |