# Exhibit 12-B

A2

### First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

Date:              7-23-2015

Invoice Number:    07231501

Due Date:          08/15/15

FROM:   First Alton Inc.                TO:   Acai Investments Limited
        450 Alton Rd #1603                    Craigmuir Chambers
        Miami Beach, FL 33139 USA             Road Town, Tortola
                                              VG 1110, British Virgin Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ███0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355